954

*Maguire,* for petitioner. *Kirshenbaum & Kirshenbaum, Attorneys at Law, Inc.,* for respondents.

M. P. No. 76-154. CLARK CORREIRO *v.* JAMES W. MULLEN, *Warden.* Petition for writ of Habeas Corpus for the purpose of bail is denied. Petitioner, Pro Se. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-159. FRANCIS GLENN PONTES *v.* DISTRICT COURT OF RHODE ISLAND, SECOND DIVISION. Petition for writ of certiorari denied. *Bruce G. Pollock,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-226. JAY K. ROGERS *v.* ALFRED C. TOEGEMANN; AMICA SERVICES, INC.; ALLEN P. DURAND; AND EDWARD W. GRAZIANO. Petition for Writ of Certiorari is granted and the Writ shall issue forthwith. Case is consolidated with the case of *Fireman's Fund* v. *McAlpine,* No. 76-195 M. P. for briefs and oral argument. *Abraham Factor, Strauss, Factor, Chernick and Hillman,* for plaintiff. *William A. Curran,* for Toegemann & Amica Services; *Hanson, Curran, Bowen & Parks, Hugh L. Moore, Jr., Joseph V. Cavanagh,* for defendants.

M. P. No. 76-228. EUGENE FOUNTAINE *v.* JAMES W. MULLEN, *Warden.* Motion of petitioner for the setting of reasonable bail forthwith is denied. The petition for writ of habeas corpus is granted, and the writ shall issue forthwith. Bevilacqua, C. J., not participating. *Raymond J. Daniels,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-229. DENNIS A. SOUZA *v.* JAMES W. MULLEN, *Warden.* Petition for Writ of Habeas Corpus is granted for hearing on right of petitioner to be admitted to bail, and the writ shall issue forthwith. Case consolidated with the case of *Fountaine* v. *Mullen,* 116 R. I. 954, 362 A.2d 151 (1976) for briefs and oral argument. *William J. Burke, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.